UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61645-CIV-ZLOCH/ROSENBAUM

TERENCE LATSON, JR.,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

**ORDER SETTING BRIEFING SCHEDULE**

This matter is before the Court by Order of January 25, 2012, referring the case for further proceedings. [D.E. 7]. The Defendant has recently filed an Answer [D.E. 16], as well as the administrative record in this matter. [D.E. 17]. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff shall file a motion for summary judgment or other appropriate motion to put the issue before the Court on or before **June 27, 2012**.

2. The deadline for filing a motion to remand is also hereby set for **June 27, 2012**. If Defendant files a motion to remand, the motion shall certify that counsel has consulted with counsel for Plaintiff prior to the filing of the motion and set forth Plaintiff's position on the remand. If Plaintiff opposes the motion for remand, Plaintiff shall file a response to the motion for remand in accordance with the time computations of the Federal Rules of Civil Procedure and the Local Rules of this Court.

3. If Defendant does not agree to a remand, Defendant may choose to combine a

response to Plaintiff's Motion for Summary Judgment with a cross-motion for summary judgment, but in that event Defendant must still address the specific arguments raised in Plaintiff's Motion.

4. All responses to summary judgment motions shall be due **thirty (30) days** after service of the motion.

5. Plaintiff is directed to file a Response to Defendant's motion for summary judgment, either by responding substantively to the motion or indicating that Plaintiff stands on the arguments presented in his motion for summary judgment.

6. In accordance with 28 U.S.C. § 636(c), the parties are notified that they may consent to a United States Magistrate Judge conducting all proceedings in this case, including entry of final judgment. Only if both parties consent, such Notice should also be filed by **June 27, 2012**. However, the parties are advised that they are free to withhold consent without adverse consequences. If consent is not given by all parties, a Report and Recommendation as to the appropriate disposition of any dispositive motions will be prepared for consideration by the District Court Judge.

**DONE AND ORDERED** in Fort Lauderdale Florida, this 9th day of May 2012.

ROBIN S. ROSENBAUM
United States Magistrate Judge

cc: Honorable William J. Zloch

Counsel of record